**Order filed October 25, 2011, Withdrawn and Order filed November 8, 2011.**



In The

# Fourteenth Court of Appeals

———————

## NO. 14-11-00603-CR

———————

**KRISTEN LACHELLE BONNEE, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 337th District Court**
**Harris County, Texas**
**Trial Court Cause No. 1285410**

## O R D E R

On October 25, 2011, this Court issued an order abating the directing the Harris County District Clerk to filed a supplemental clerk's record containing the Pre-sentence Investigation Report pursuant to a request filed by the appellant's counsel.

The pre-sentence investigation report was filed in the appellate record in volume 4 of the reporter's record. Accordingly, our order of October 25, 2011, is WITHDRAWN.

PER CURIAM